ELIZABETH C. BARTLETT, Respondent, *v.* THE NEW YORK AND SOUTH BROOKLYN FERRY AND STEAM TRANSPORTATION COMPANY, Appellant.

(Argued October 23, 1891; decided December 8, 1891.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made January 6, 1891, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*George Zabriskie* for appellant.

*Thomas E. Rochfort* for respondent.

Agree to affirm ; no opinion.
All concur, except PARKER, J., not voting.
Judgment affirmed.

—————————

ABIJAH WESTON et al., Respondents, *v.* LORENZ REICH, Appellant.

(Argued October 26, 1891; decided December 8, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 9, 1889, which affirmed a judgment in favor of plaintiffs entered upon the report of a referee.

*Abram Kling* for appellant.

*F. P. Bellamy* for respondents.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.